IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00430-LTB

TIMOTHY DOYLE YOUNG,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on March 29, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

    DATED at Denver, Colorado, this 29 day of March, 2013.

                                  FOR THE COURT,

                                  JEFFREY P. COLWELL, Clerk

                                  By: s/ S. Grimm
                                      Deputy Clerk